**Phenroy DAY, Plaintiff–Appellant,**

v.

**Commonwealth of VIRGINIA, Respondent–Appellee.**

No. 01–7195.

United States Court of Appeals, Fourth Circuit.

Submitted July 25, 2002.

Decided July 31, 2002.

Phenroy Day, Appellant Pro Se.

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Phenroy Day appeals the district court's order denying his request for expungement. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Day v. Commonwealth of VA,* No. CR–01–14 (E.D.Va. May 23, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*